MICHAEL L. WOODS, Appellant, v MICHAEL ALEXANDER, Defendant, and CITY OF BUFFALO et al., Respondents. (Appeal No. 2.) [700 NYS2d 787] —Order unanimously reversed on the law without costs and motion granted. Same Memorandum as in *Woods v Alexander* (267 AD2d 1060 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, LaMendola, J.—Discovery.) Present—Green, J. P., Pine, Pigott, Jr., Scudder and Callahan, JJ.